UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

EXIDE TECHNOLOGIES                     PLAINTIFF/COUNTERDEFENDANT

v.                  No. 2:18-CV-02087

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS AND ITS
LOCAL UNION NO. 700                     DEFENDANT/COUNTERPLAINTIFF

## **JUDGMENT**

Pursuant to the opinion and order entered in this case on this date, the March 31, 2018 opinion and award (Doc. 1-2, pp. 238–255) of the arbitrator in the matter of arbitration between International Brotherhood of Electrical Workers, AFL-CIO-CLC Local 700 & Exide Technologies Fort Smith, Arkansas, FMCS Case No. 181101-01123, Grievance No. 59-16 is CONFIRMED with respect to the collective bargaining agreement dispute between the parties, and the parties' claims and counterclaims regarding the arbitrator's findings and award on the National Labor Relations Act unfair labor practice charges are DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 23rd day of May, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE